**UNITED STATES of America, Plaintiff–Appellee**

v.

**Roberto Antonio FERNANDEZ, Jr., Defendant–Appellant.**

No. 07–51200
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 30, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Roberto Antonio Fernandez, Jr., pro se.

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Roberto Antonio Fernandez, Jr., raises arguments challenging the constitutionality of the use of prior convictions pursuant to 21 U.S.C. §§ 841, 851, and 962 to increase his sentence. He concedes that his arguments are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *See, e.g., United States v. Mata,* 491 F.3d 237, 245 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 1219, —— L.Ed.2d —— (2008); *United States v. Slaughter,* 238 F.3d 580, 582–84 (5th Cir.

2000). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.